# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CHILKO, TRUSTEE; DANNY KANE, TRUSTEE, JAMES ELROD, TRUSTEE; DON RUSH, TRUSTEE; CARL JARRETT, TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION PLAN, | CASE NO. 1:07-cv-1316 OWW GSA |
| | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| Plaintiff, | |
| v. | (Document 15) |
| EARNIE LORREN, an individual, and DOES 1 through 50 inclusive, | |
| Defendant. | |

Plaintiffs Jim Chilko, Trustee; Danny Kane, Trustee; James Elrod, Trustee; Don Rush, Trustee; Carl Jarrett, Trustee, and Rod Bailey, Trustee; Trustees of The Kern County Electrical Workers' Pension Plan ("Plaintiffs") filed a motion for default judgment on March 17, 2008. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On, May 9, 2008, the Magistrate Judge filed Findings and Recommendations which recommended that the motion by dismissed without prejudice. The Findings and Recommendations contained notice to the parties that any objections to the Findings and Recommendations were to be filed by June 11, 2008. Neither party filed timely objections to the Findings and Recommendations. The recommendation also stated that Plaintiff may file another motion for default judgment within thirty days of this court's adoption of the Findings and Recommendations. The court notes that

1

1  Plaintiff has already filed a subsequent motion for default judgment that is scheduled to be heard
2  before the Honorable Gary S. Austin, Courtroom 10, on July 18, 2008 at 9:30 am.
3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this
4  Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the
5  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.
6        Accordingly, IT IS HEREBY ORDERED that:
7      1.    The Findings and Recommendations, filed May 9, 2008, are adopted in full; and
8      2.    Plaintiff's motion to enter default judgment filed on March 17, 2008 is DENIED
9          WITHOUT PREJUDICE.

20  IT IS SO ORDERED.
21  **Dated:   June 14, 2008**                    /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE