1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CHILKO, TRUSTEE; DANNY KANE, TRUSTEE; JAMES ELROD, TRUSTEE; DON RUSH, TRUSTEE; CARL JARRETT, TRUSTEE, AND ROD BAILEY, TRUSTEE, TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION PLAN, <br><br> Plaintiffs, <br><br> vs. <br><br> EARNIE LORREN, an individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO: 1:07-CV-1316-OWW-GSA <br><br> **ORDER GRANTING EXTENSION OF TIME** <br><br><br> HEARING DATE:  September 26, 2008 <br> HEARING TIME:  9:30 a.m. <br> COURTROOM:    10 <br> JUDGE:        Honorable Gary S. Austin |

## ORDER

The request of plaintiffs for an extension of time to reply to this court's order issued August 3, 2008  is GRANTED.  Plaintiffs shall have until September 10, 2008 to file their reply.

IT IS SO ORDERED.

**Dated:   September 9, 2008**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

**ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR FIRST AMENDED COMPLAINT**