**PERLMAN FOX, LLP**
SCOTT D. PERLMAN, ESQ. (SBN #128124)
1430 Truxtun Avenue, Suite 720
Bakersfield, California  93301
Telephone (661) 328-1986
Facsimile (661) 328-1991

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CHILKO, TRUSTEE; DANNY KANE, TRUSTEE; JAMES ELROD, TRUSTEE; DON RUSH, TRUSTEE; CARL JARRETT, TRUSTEE, AND ROD BAILEY, TRUSTEE, TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION PLAN, <br><br> Plaintiffs, <br><br> vs. <br><br> EARNIE LORREN, an individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO: 1:07-CV-01316-OWW <br><br> **JUDGMENT** |

   In the above-entitled case, plaintiffs, JIM CHILKO, TRUSTEE; DANNY KANE, TRUSTEE; JAMES ELROD, TRUSTEE; DON RUSH, TRUSTEE; CARL JARRETT, TRUSTEE, AND ROD BAILEY, TRUSTEE, TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION PLAN, ("TRUSTEES"), have stipulated that judgment be entered in favor of plaintiffs for the sum of $26,814.50.

   IT IS HEREBY JUDGED, ORDERED AND DECREED that judgment be entered in favor of plaintiffs for $26,814.50 pursuant to the terms of the settlement stipulated to by plaintiffs and defendant. The judgment entered pursuant to this Stipulation shall accrue interest. The court retains

1  jurisdiction over the parties at their request in order to enforce the settlement until performance in
2  full of its terms.
3  Dated: June 8 , 2009                    /s/ OLIVER W. WANGER
                                            JUDGE OF THE UNITED STATES DISTRICT COURT

**JUDGMENT**